UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSALIEN PROFETE,
    Petitioner,

vs.                      Case No.:  3:19cv554/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on September 8, 2020 (ECF No. 32).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 32) is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (ECF No. 17) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of October, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**